HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
TISHA TRITES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-169 GEB |
|---|---|
| Plaintiff, | STIPULATION TO VACATE CONTINUE STATUS HEARING RE: SENTENCING |
| v. | |
| TISHA TRITES, | |
| Defendant. | |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Tisha Trites, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status regarding sentencing on October 20, 2016.

2. By this stipulation, the parties jointly move the Court to vacate the current status hearing and set this matter for a status hearing regarding sentencing on February 9, 2018.

3. Because the defendant stands convicted of false writings in violation of 18 U.S.C. § 493, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., do not apply to this stipulation.

IT IS SO STIPULATED.

DATED: October 19, 2017          PHILLIP A. TALBERT
                                  Acting United States Attorney

                                  */s/ Audrey B. Hemesath*
                                  AUDREY B. HEMESATH
                                  Assistant United States Attorney

                                  For the UNITED STATES OF AMERICA

DATED: October 19, 2017          HEATHER WILLIAMS,
                                  Federal Public Defender

                                  */s/ Sean Riordan*
                                  SEAN RIORDAN
                                  Assistant Federal Defender

                                  For defendant TISHA TRITES

## **O R D E R**

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the status conference set for October 20, 2017 is VACATED and this matter is set for a status hearing regarding sentencing on February 9, 2018 at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 9, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge