HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
TISHA TRITES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-169 GEB |
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING REGARDING SENTENCING |
| v. | |
| TISHA TRITES, | |
| Defendant. | |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Tisha Trites, by and through her counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status regarding sentencing on February 9, 2018.

2.      By this stipulation, the parties jointly request that the Court vacate the current status hearing and set this matter for a status hearing regarding sentencing on June 15, 2018.

3.      Because the defendant stands convicted of false writings in violation of 18 U.S.C. § 493, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., do not apply to this stipulation.

1    IT IS SO STIPULATED.

2    DATED: February 6, 2018                    McGREGOR SCOTT
                                                United States Attorney
3
                                                */s/ Audrey B. Hemesath*
4                                               AUDREY B. HEMESATH
                                                Assistant United States Attorney
5
                                                For the UNITED STATES OF AMERICA
6

7    DATED: February 6, 2018                    HEATHER WILLIAMS,
                                                Federal Public Defender
8
                                                */s/ Sean Riordan*
9                                               SEAN RIORDAN
                                                Assistant Federal Defender
10
                                                For defendant TISHA TRITES
11

12

13                           **[PROPOSED] O R D E R**

14          For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby

15   ADOPTS the parties' stipulation and orders that the status conference set for February 9, 2018 is

16   VACATED and this matter is set for a status hearing regarding sentencing on June 15, 2018 at 9:00 a.m.

17          IT IS SO ORDERED.

18   Dated:  February 7, 2018

19

20
                                        _____
21                                      GARLAND E. BURRELL, JR.
                                        Senior United States District Judge
22

23

24

25

26

27

28