HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
TISHA TRITES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-169 GEB |
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING REGARDING SENTENCING |
| v. | |
| TISHA TRITES, | |
| Defendant. | |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Tisha Trites, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status regarding sentencing on June 11, 2018.

2. By this stipulation, the parties jointly request that the Court vacate the current status hearing and set this matter for a status hearing regarding sentencing on September 14, 2018.

3. Because the defendant stands convicted of false writings in violation of 18 U.S.C. § 493, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, do not apply to this stipulation.

IT IS SO STIPULATED.

DATED: June 13, 2018  McGREGOR SCOTT
United States Attorney

*/s/ Audrey B. Hemesath*
AUDREY B. HEMESATH
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: June 13, 2018  HEATHER WILLIAMS,
Federal Public Defender

*/s/ Sean Riordan*
SEAN RIORDAN
Assistant Federal Defender

For defendant TISHA TRITES

## O R D E R

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the status conference set for June 11, 2018 is VACATED and this matter is set for a status hearing regarding sentencing on September 14, 2018 at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 14, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge