UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-00169-MCE |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| TISHA LOUISE TRITES, | |
| Defendant. | |
| _____/ | |
| UNITED STATES OF AMERICA, | No. 2:15-cr-00190-KJM |
| Plaintiff, | |
| v. | |
| JOHN MICHAEL DICHAIARA, JAMES CHRISTOPHER CASTLE, REMUS ALAN KIRKPATRICK, LAURA MARIE PEZZI, GEORGE B. LARSEN, LARRY TODT, MICHAEL ROMANO, | |
| Defendants. | |
| _____/ | |

The Court received the Notice of Related Case filed on December 12, 2019. Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions are based on the

| | |
|---|---|
| 1 | same or similar claims, the same property transaction or event, similar questions of fact |
| 2 | and the same questions of law, and would therefore entail a substantial duplication of |
| 3 | labor if heard by different judges.  Accordingly, the assignment of the matters to the |
| 4 | same judge is likely to affect a substantial savings of judicial effort and is also likely to be |
| 5 | convenient for the parties. |
| 6 | The parties should be aware that relating the cases under Local Rule 123 merely |
| 7 | has the result that both actions are assigned to the same judge; no consolidation of the |
| 8 | action is affected.  Under the regular practice of this court, related cases are generally |
| 9 | assigned to the district judge to whom the first filed action was assigned. |
| 10 | IT IS THEREFORE ORDERED that the action denominated 2:15-cr-00190-KJM |
| 11 | is reassigned to Senior District Judge Morrison C. England, Jr. for all further |
| 12 | proceedings, and any dates currently set in this reassigned case only are hereby |
| 13 | VACATED.  The caption on documents filed in the reassigned case shall be shown as |
| 14 | 2:15-cr-00190-MCE. |
| 15 | IT IS FURTHER ORDERED that the Clerk of the Court make appropriate |
| 16 | adjustment in the assignment of criminal cases to compensate for this reassignment. |
| 17 | IT IS SO ORDERED. |
| 18 | Dated:  February 26, 2020 |

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE