VICTOR SHERMAN (SBN: 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90064
Telephone:  (424) 371-5930
Facsimile:   (310) 392-9029
Email:        victor@victorsherman.law

Attorney for Defendant
TISHA TRITES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 15-CR-00169-MCE |
| ) | |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| ) | |
| TISHA TRITES, ) | |
| ) | |
| Defendant. ) | |

FOR GOOD CAUSE HAVING BEEN SHOWN,

IT IS HEREBY ORDERED that Defendant Tisha Trites' sentencing hearing be continued from November 18, 2021, at 10:00 a.m. to February 24, 2022, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  October 28, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1