VICTOR SHERMAN (SBN: 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90064
Telephone:  (424) 371-5930
Facsimile:   (310) 392-9029
Email:       victor@victorsherman.law

Attorney for Defendant
TISHA TRITES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15-CR-00169-JAM |
| Plaintiff, | **ORDER** |
| v. | |
| TISHA TRITES, | |
| Defendant. | |

FOR GOOD CAUSE HAVING BEEN SHOWN,

IT IS HEREBY ORDERED that Defendant Tisha Trites' sentencing hearing be continued from March 15, 2022 to April 26, 2022, at 9:30 a.m.

IT IS SO ORDERED.

DATED:  February 24, 2022          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE