VICTOR SHERMAN (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone (310) 399-3259
Facsimile (310) 392-9029
Email: victor@victorsherman.law

Attorney for Defendant
TISHA LOUISE TRITES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 15CR-00169-JAM-1 |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| TISHA LOUISE TRITES | ) | |
| Defendant. | ) | Court: Hon. John A. Mendez |

FOR GOOD CAUSE HAVING BEEN SHOWN,

IT IS HEREBY ORDERED that Exhibit B, Exhibit D and Exhibit H from Defendant Tisha Trites' Sentencing Position be filed under seal. Furthermore, Exhibit B will arrive in the form of a USB drive to be delivered to Chambers.

IT IS SO ORDERED.

DATED: April 12, 2022        /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE